UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIDWAY VEGETABLE SALES, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WHITNEY FOODS, INC. and )<br>JOSEPH FITZGERALD, individually, )<br>)<br>Defendants. )<br>_____/<br>RUBY ROBINSON COMPANY, LLC )<br>)<br>Intervening Plaintiff, )<br>)<br>vs. )<br>)<br>WHITNEY FOODS, INC. and )<br>JOSEPH A. FITZGERALD, )<br>)<br>Defendants. ) | Case No.   20 cv 2633<br>Honorable Edmond E. Chang |

## MEMORANDUM OF JUDGMENT

On June 16, 2020, Judgment was entered in this court in favor of intervening Plaintiff RUBY ROBINSON COMPANY, LLC and against Defendants, WHITNEY FOODS, INC. and JOSEPH FITZGERALD a/k/a JOSEPH A. FITZGERALD, jointly and severally, whose address is 687 Country Lane, Glencoe, Illinois 60022 (PIN: 05-18-101-030-0000) in the amount of $40,447.85, plus post-judgment interest and all ongoing costs, expenses and reasonable attorneys' fees Plaintiff may incur in proceedings to enforce and collect upon this Judgment.

_Edmond E. Chang_
United States District Court Judge

DATE: June 18, 2020

LEGAL DESCRIPTION

THE WEST 25 FEET OF LOT 11 AND ALL OF LOT 12 IN WILLOW WIND, A SUBDIVISION OF PART OF THE NORTHEAST 1/4 OF THE NORTHWEST 1/4 OF SECTION 18, TOWNSHIP 42 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.
Commonly known as 687 Country Lane, Glencoe, Illinois 60022
PIN: 05-18-101-030-0000